NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**THE ASSOCIATION FOR MOLECULAR PATHOLOGY, THE AMERICAN COLLEGE OF MEDICAL GENETICS, THE AMERICAN SOCIETY FOR CLINICAL PATHOLOGY, THE COLLEGE OF AMERICAN PATHOLOGISTS, HAIG KAZAZIAN, MD, ARUPA GANGULY, PhD, WENDY CHUNG, MD, PhD, HARRY OSTRER, MD, DAVID LEDBETTER, PhD, STEPHEN WARREN, PhD, ELLEN MATLOFF, M.S., ELSA REICH, M.S., BREAST CANCER ACTION, BOSTON WOMEN'S HEALTH BOOK COLLECTIVE, LISBETH CERIANI, RUNI LIMARY, GENAE GIRARD, PATRICE FORTUNE, VICKY THOMASON, and KATHLEEN RAKER,**
*Plaintiffs-Appellees,*

v.

**UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Defendant,*

**and**

**MYRIAD GENETICS, INC.,**
*Defendant-Appellant,*

**and**

**LORRIS BETZ, ROGER BOYER, JACK BRITTAIN, ARNOLD B. COMBE, RAYMOND GESTELAND, JAMES U. JENSEN, JOHN KENDALL MORRIS,**

**THOMAS PARKS, DAVID W. PERSHING, and MICHAEL K. YOUNG, in their official capacity as Directors of the University of Utah Research Foundation,**
*Defendants-Appellants.*

---

2010-1406

---

Appeal from the United States District Court for the Southern District of New York in case no. 09-CV-4515, Senior Judge Robert W. Sweet.

---

**ON MOTION**

---

**ORDER**

Myriad Genetics, Inc. and Lorris Betz et al. (Myriad) move for a 60-day extension of time, until October 22, 2010, to file their brief. The Association for Molecular Pathology et al. (Association) oppose. Myriad replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

**AUG 1 9 2010**
_____
         Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:   Christopher A. Hansen, Esq.
      Gregory A. Castanias, Esq.

s17

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 9 2010

**JAN HORBALY
CLERK**